254068

# ARTICLES OF INCORPORATION

## THE VILLAS TOWNHOUSE ASSOCIATION

DOMESTIC

**NOT FOR PROFIT**

Filed in the office of the Secretary of State, of the State of Colorado, on the

16th day of February A.D. 1973

BYRON A. ANDERSON
Secretary of State

Filing Clerk_____Sage_____Fees__$10.

Old Age Pension Fund_____

RECORDED
ROLL 220 PAGE        450

O K

Date: February 21, 1973

_____Clerk

*Exhibit A*

**RECORD OF PROCEEDINGS**        100 LEAVES

## ARTICLES OF INCORPORATION

## OF

## VILLAS TOWNHOUSE ASSOCIATION

IN COMPLIANCE WITH THE REQUIREMENTS OF ARTICLE 24, CHAPTER 31 OF THE COLORADO REVISED STATUTES, 1963, AS AMENDED, THE UNDERSIGNED, ALL OF WHOM ARE RESIDENTS OF THE STATE OF COLORADO AND ALL OF WHOM ARE OF FULL AGE, HAVE THIS DAY VOLUNTARILY ASSOCIATED THEMSELVES TOGETHER FOR THE PURPOSE OF FORMING A CORPORATION NOT FOR PROFIT AND DO HEREBY CERTIFY:

### ARTICLE I

THE NAME OF THE CORPORATION IS THE VILLAS TOWNHOUSE ASSOCIATION.

### ARTICLE II

THE PRINCIPAL OFFICE OF THE CORPORATION IS LOCATED AT 612 SOUTH BERMONT AVENUE, LAFAYETTE, COLORADO.

### ARTICLE III

THE ADDRESS OF THE INITIAL REGISTERED OFFICE OF THE CORPORATION IS 612 SOUTH BERMONT AVENUE, LAFAYETTE, COLORADO 80026, BOULDER COUNTY, AND THE NAME OF THE INITIAL REGISTERED AGENT AT SUCH ADDRESS IS LOUIS A. GAZ.

### ARTICLE IV

PURPOSE AND POWERS OF THE ASSOCIATION.

VILLAS TOWNHOUSE ASSOCIATION, HEREINAFTER CALLED

THE "ASSOCIATION" DOES NOT CONTEMPLATE PECUNIARY GAIN OR PROFIT TO THE MEMBERS THEREOF, AND THE SPECIFIC PURPOSES FOR WHICH IT IS FORMED ARE TO PROVIDE FOR ADMINISTRATION, MAINTENANCE, PRESERVATION, AND ARCHITECTURAL CONTROL OF THE LOTS AND COMMON PROPERTIES WITHIN THAT CERTAIN TRACT OF PROPERTY DESCRIBED AS:

> BLOCKS 2, 3, AND 4;
> LAFAYETTE VILLAS WEST,
> BOULDER COUNTY, COLORADO,

AND TO PROMOTE THE HEALTH, SAFETY AND WELFARE OF THE RESIDENTS WITHIN THE ABOVE DESCRIBED PROPERTY AND ANY ADDITIONS THERETO AS MAY HEREAFTER BE BROUGHT WITHIN THE JURISDICTION OF THIS ASSOCIATION BY ANNEXATION, AS PROVIDED IN ARTICLE IX HEREIN, AND FOR THIS PURPOSE TO:

    (A)    EXERCISE ALL OF THE POWERS AND PRIVILEGES AND TO PERFORM ALL OF THE DUTIES AND OBLIGATIONS OF THE ASSOCIATION AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS AND RESTRICTIONS, HEREINAFTER CALLED THE "DECLARATION", APPLICABLE TO THE PROPERTY AND RECORDED OR TO BE RECORDED IN THE OFFICE OF THE CLERK AND RECORDER OF BOULDER BOUNTY, COLORADO, AND AS THE SAME MAY BE AMENDED FROM TIME TO TIME AS THEREIN PROVIDED, SAID DECLARATION BEING INCORPORATED HEREIN AS IF SET FORTH AT LENGTH;

    (B)    FIX, LEVY, COLLECT AND ENFORCE PAYMENT BY ANY LAWFUL MEANS, ALL CHARGES OR ASSESSMENTS PURSUANT TO THE TERMS OF THE DECLARATION; TO PAY ALL EXPENSES IN CONNECTION THEREWITH AND ALL OFFICE AND OTHER EXPENSES INCIDENT TO THE CONDUCT OF THE BUSINESS OF THE ASSOCIATION, INCLUDING ALL INSURANCE PREMIUMS FOR INSURANCE OBTAINED UNDER ARTICLE XI OF THE DECLARATION, ALL LICENSES, TAXES OR GOVERNMENTAL CHARGES LEVIED OR IMPOSED AGAINST THE PROPERTY OF THE ASSOCIATION;

(C) ACQUIRE(BY GIFT, PURCHASE OR OTHERWISE), OWN, HOLD, IMPROVE, BUILD UPON, OPERATE, MAINTAIN, CONVEY, SELL, LEASE, TRANSFER, DEDICATE FOR PUBLIC USE OR OTHERWISE DISPOSE OF REAL OR PERSONAL PROPERTY IN CONNECTION WITH THE AFFAIRS OF THE ASSOCIATION;

(D) BORROW MONEY, AND WITH THE ASSENT OF TWO-THIRDS (2/3) OF EACH CLASS OF MEMBERS MORTGAGE, PLEDGE, DEED IN TRUST, OR HYPOTHECATE ANY OR ALL OF ITS REAL OR PERSONAL PROPERTY AS SECURITY FOR MONEY BORROWED OR DEBTS INCURRED;

(E) HAVE AND EXERCISE ANY AND ALL POWERS, RIGHTS AND PRIVILEGES WHICH A CORPORATION ORGANIZED UNDER THE NON-PROFIT CORPORATION LAW OF THE STATE OF COLORADO BY LAW MAY NOW OR HEREAFTER HAVE OR EXERCISE.

### ARTICLE V

### MEMBERSHIP

EVERY PERSON OR ENTITY WHO IS A RECORD OWNER OF A FEE OR UNDIVIDED INTEREST IN ANY LOT SHALL BE A MEMBER OF THE ASSOCIATION. THE FOREGOING IS NOT INTENDED TO INCLUDE PERSONS OR ENTITIES WHO HOLD AN INTEREST MERELY AS SECURITY FOR THE PERFORMANCE OF AN OBLIGATION. NO OWNER SHALL HAVE MORE THAN ONE MEMBERSHIP. MEMBERSHIP SHALL BE APPURTENANT TO AND MAY NOT BE SEPARATED FROM OWNERSHIP OF ANY LOT WHICH IS SUBJECT TO ASSESSMENT BY THE ASSOCIATION. OWNERSHIP OF SUCH LOT SHALL BE THE SOLE QUALIFICATION FOR MEMBERSHIP.

**RECORD OF PROCEEDINGS**      100 LEAVES

## ARTICLE VI

### VOTING RIGHTS

THE ASSOCIATION SHALL HAVE TWO CLASSES OF VOTING MEMBERSHIP:

<u>CLASS A</u>: CLASS A MEMBERS SHALL BE ALL THOSE OWNERS AS DEFINED IN ARTICLE V WITH THE EXCEPTION OF THE DECLARANT. CLASS A MEMBERS SHALL BE ENTITLED TO ONE VOTE FOR EACH LOT IN WHICH THEY HOLD THE INTEREST REQUIRED FOR MEMBERSHIP BY ARTICLE V. WHEN MORE THAN ONE PERSON HOLDS SUCH INTEREST IN ANY LOT, ALL SUCH PERSONS SHALL BE MEMBERS. THE VOTE FOR SUCH LOT SHALL BE EXERCISED AS THEY AMONG THEMSELVES DETERMINE, BUT IN NO EVENT SHALL MORE THAN ONE VOTE BE CAST WITH RESPECT TO ANY LOT.

<u>CLASS B</u>: THE CLASS B MEMBER SHALL BE THE DEVELOPER (AS DEFINED IN THE DECLARATION). THE CLASS B MEMBER SHALL BE ENTITLED TO THREE (3) VOTES FOR EACH LOT IN WHICH IT HOLDS THE INTEREST REQUIRED FOR MEMBERSHIP BY ARTICLE V, <u>PROVIDED THAT</u> THE CLASS B MEMBERSHIP SHALL CEASE AND BE CONVERTED TO CLASS A MEMBERSHIP ON THE HAPPENING OF EITHER OF THE FOLLOWING EVENTS, WHICHEVER OCCURS EARLIER:

(A) WHEN THE TOTAL VOTES OUTSTANDING IN THE CLASS A MEMBERSHIP EQUAL THE TOTAL VOTES OUTSTANDING IN THE CLASS B MEMBERSHIP; OR

(B) NOVEMBER 1, 1979.

## ARTICLE VII

### BOARD OF DIRECTORS

THE AFFAIRS OF THIS ASSOCIATION SHALL BE MANAGED BY

A BOARD OF THREE (3) DIRECTORS, WHO NEED NOT BE MEMBERS OF THE ASSOCIATION. THE NUMBER OF DIRECTORS MAY BE CHANGED BY AMENDMENT OF THE BY-LAWS OF THE ASSOCIATION. THE NAMES AND ADDRESSES OF THE PERSONS WHO ARE TO ACT IN THE CAPACITY OF DIRECTORS UNTIL THE SELECTION OF THEIR SUCCESSORS ARE:

| NAME | ADDRESS |
|---|---|
| LOUIS A. GAZ | 612 South Bermont Avenue<br>Lafayette, Colorado 80026 |
| SHIRLEY L. GAZ | 612 South Bermont Avenue<br>Lafayette, Colorado 80026 |
| RONALD S. LOSER | 709 West Littleton Boulevard<br>Littleton, Colorado 80120 |

AT THE FIRST ANNUAL MEETING THE MEMBERS SHALL ELECT ONE DIRECTOR FOR A TERM OF ONE YEAR, TWO DIRECTORS FOR A TERM OF TWO YEARS; AND AT EACH ANNUAL MEETING THEREAFTER THE MEMBERS SHALL ELECT DIRECTORS TO FILL THE EXPIRED TERMS OF THOSE DIRECTORS PREVIOUSLY ELECTED.

## ARTICLE VIII

### LIABILITIES

THE HIGHEST AMOUNT OF INDEBTEDNESS OR LIABILITY, DIRECT OR CONTINGENT, TO WHICH THIS ASSOCIATION MAY BE SUBJECT AT ANY ONE TIME SHALL NOT EXCEED 150 PERCENT OF ITS INCOME FOR THE PREVIOUS FISCAL YEAR, **PROVIDED THAT** ADDITIONAL AMOUNTS MAY BE AUTHORIZED BY THE ASSENT OF TWO-THIRDS (2/3) OF THE MEMBERSHIP.

## ARTICLE IX

### ANNEXATION OF ADDITIONAL PROPERTIES

<u>SECTION 1</u>. THE ASSOCIATION MAY, AT ANY TIME, ANNEX

RECORD OF PROCEEDINGS                :00 LEAVES

ADDITIONAL RESIDENTIAL PROPERTIES AND COMMON AREAS TO THE PROPERTIES DESCRIBED IN ARTICLE IV, PROVIDED THAT ANY SUCH ANNEXATION SHALL HAVE THE ASSENT OF TWO-THIRDS (2/3) OF THE ENTIRE CLASS A MEMBERSHIP AND TWO-THIRDS (2/3) OF THE ENTIRE CLASS B MEMBERSHIP, IF ANY.

### ARTICLE X

### MERGERS AND CONSOLIDATIONS

TO THE EXTENT PERMITTED BY LAW, THE ASSOCIATION MAY PARTICIPATE IN MERGERS AND CONSOLIDATIONS WITH OTHER NON-PROFIT CORPORATIONS ORGANIZED FOR THE SAME PURPOSES, PROVIDED THAT ANY SUCH MERGER OR CONSOLIDATION SHALL HAVE THE ASSENT OF TWO-THIRDS (2/3) OF THE ENTIRE CLASS A MEMBERSHIP AND TWO-THIRDS (2/3) OF THE ENTIRE CLASS B MEMBERSHIP, IF ANY.

### ARTICLE XI

### AUTHORITY TO MORTGAGE

ANY MORTGAGE BY THE ASSOCIATION OF THE COMMON AREA DEFINED IN THE DECLARATION SHALL HAVE THE ASSENT OF TWO-THIRDS (2/3) OF THE ENTIRE CLASS A MEMBERSHIP AND TWO-THIRDS (2/3) OF THE CLASS B MEMBERSHIP, IF ANY.

### ARTICLE XII

### AUTHORITY TO DEDICATE

THE ASSOCIATION SHALL HAVE POWER TO DEDICATE, SELL OR TRANSFER ALL OR ANY PART OF THE COMMON PROPERTIES TO ANY PUBLIC AGENCY, AUTHORITY, OR UTILITY FOR SUCH PURPOSES AND SUBJECT TO SUCH CONDITIONS AS MAY BE AGREED TO BY THE MEMBERS. NO

**RECORD OF PROCEEDINGS**　　　　　　100 LEAVES

SUCH DEDICATION OR TRANSFER SHALL BE EFFECTIVE UNLESS AN INSTRUMENT HAS BEEN SIGNED BY MEMBERS ENTITLED TO CAST TWO-THIRDS (2/3) OF THE VOTES OF THE ENTIRE CLASS A MEMBERSHIP AND TWO-THIRDS (2/3) OF THE ENTIRE CLASS B MEMBERSHIP, IF ANY, AGREEING TO SUCH DEDICATION, SALE OR TRANSFER.

### ARTICLE XIII

### DISSOLUTION

THE ASSOCIATION MAY BE DISSOLVED WITH THE ASSENT GIVEN IN WRITING AND SIGNED BY NOT LESS THAN TWO-THIRDS (2/3) OF THE ENTIRE CLASS A MEMBERSHIP AND TWO-THIRDS (2/3) OF THE ENTIRE CLASS B MEMBERSHIP, IF ANY. UPON DISSOLUTION OF THE ASSOCIATION, THE ASSETS, BOTH REAL AND PERSONAL OF THE ASSOCIATION, SHALL BE DEDICATED TO AN APPROPRIATE PUBLIC AGENCY TO BE DEVOTED TO PURPOSES AS NEARLY AS PRACTICABLE THE SAME AS THOSE TO WHICH THEY WERE REQUIRED TO BE DEVOTED BY THE ASSOCIATION. IN THE EVENT THAT SUCH DEDICATION IS REFUSED ACCEPTANCE, SUCH ASSETS SHALL BE GRANTED, CONVEYED AND ASSIGNED TO ANY NON-PROFIT CORPORATION, ASSOCIATION, TRUST OR OTHER ORGANIZATION TO BE DEVOTED TO PURPOSES AND USES THAT WOULD MOST NEARLY REFLECT THE PURPOSES AND USES TO WHICH THEY WERE REQUIRED TO BE DEVOTED BY THE ASSOCIATION.

### ARTICLE XIV

### DURATION

THE CORPORATION SHALL EXIST PERPETUALLY.

### ARTICLE XV

### MEETINGS FOR ACTIONS GOVERNED BY ARTICLES VIII THROUGH XIII

IN ORDER TO TAKE ACTION UNDER ARTICLES VIII THROUGH XIII, THERE MUST BE A DULY HELD MEETING. WRITTEN NOTICE, SETTING FORTH THE PURPOSE OF THE MEETING SHALL BE GIVEN TO ALL MEMBERS NOT LESS THAN 30 DAYS NOR MORE THAN 60 DAYS IN ADVANCE OF THE MEETING. THE PRESENCE OF MEMBERS OR OF PROXIES ENTITLED TO CAST SIXTY PERCENT (60%) OF THE VOTES OF EACH CLASS OF MEMBERSHIP SHALL CONSTITUTE A QUORUM, EXCEPT FOR ARTICLE IX, SECTION 2, WHERE THE QUORUM REQUIREMENT IS SPECIFICALLY SET FORTH. IF THE REQUIRED QUORUM IS NOT FORTHCOMING AT ANY MEETING, ANOTHER MEETING MAY BE CALLED, SUBJECT TO THE NOTICE REQUIREMENT SET FORTH ABOVE, AND THE REQUIRED QUORUM AT SUCH SUBSEQUENT MEETING SHALL BE ONE-HALF OF THE REQUIRED QUORUM OF THE PRECEDING MEETING. NO SUCH SUBSEQUENT MEETING SHALL BE HELD MORE THAN 60 DAYS FOLLOWING THE PRECEDING MEETING. IN THE EVENT THAT TWO-THIRDS (2/3) OF THE CLASS A MEMBERSHIP OR TWO-THIRDS (2/3) OF THE CLASS B MEMBERSHIP, IF ANY, ARE NOT PRESENT IN PERSON OR BY PROXY, MEMBERS NOT PRESENT MAY GIVE THEIR WRITTEN ASSENT TO THE ACTION TAKEN THEREAT.

### ARTICLE XVI

### AMENDMENTS

AMENDMENT OF THIS CERTIFICATE SHALL REQUIRE THE ASSENT OF SEVENTY-FIVE PERCENT (75%) OF THE ENTIRE MEMBERSHIP.

**RECORD OF PROCEEDINGS**      100 LEAVES

IN WITNESS WHEREOF, FOR THE PURPOSE OF FORMING THIS CORPORATION UNDER THE LAWS OF THE STATE OF COLORADO, WE, THE UNDERSIGNED, CONSTITUTING THE INCORPORATORS OF THIS ASSOCIATION, HAVE EXECUTED THE CERTIFICATE OF INCORPORATION THIS 12th DAY OF February, 1973.

STATE OF COLORADO   ) <br>
                                ) SS. <br>
COUNTY OF BOULDER  )

ON THIS DAY PERSONALLY APPEARED BEFORE ME A NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE, LOUIS A. GAZ, SHIRLEY L. GAZ, AND RONALD S. LOSER, PERSONALLY KNOWN TO ME TO BE THE PERSONS WHOSE NAMES ARE SUBSCRIBED TO THE ANNEXED AND FOREGOING ARTICLES OF INCORPORATION, AND THEY AND EACH OF THEM ACKNOWLEDGED TO ME THAT THEY AND EACH OF THEM SIGNED AND SEALED THE SAID INSTRUMENT OF WRITING AS THEIR FREE AND VOLUNTARY ACT AND DEED AND AS THE FREE AND VOLUNTARY ACT AND DEED OF EACH OF THEM, FOR THE USES AND PURPOSES THEREIN SET FORTH.

GIVEN UNDER MY HAND AND NOTARIAL SEAL THIS 12th DAY OF February, A.D. 1973.

MY COMMISSION EXPIRES: <br>
August 12, 1973

                                       NOTARY PUBLIC

450

CC-1-NP



**DEPARTMENT OF STATE**

**NONPROFIT CERTIFICATE OF INCORPORATION**

*I, Byron A. Anderson,*

*Secretary of State of the State of Colorado, hereby certify that duplicate originals of Articles of Incorporation, duly signed and acknowledged pursuant to the provisions of the Colorado Nonprofit Corporation Act, have been received in this office and are found to conform to law.*

*Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate of Incorporation of*

------------THE VILLAS TOWNHOUSE ASSOCIATION--------------------
(A COLORADO NONPROFIT CORPORATION)

*and attaches hereto a duplicate original of the Articles of Incorporation.*

*Dated this -----Sixteenth----- day of -----February-----, A.D. 1973*

Byron A. Anderson
SECRETARY OF STATE

Jeremiah J. Connolly
DEPUTY