IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION a/k/a VILLAS WEST TOWNHOUSE
ASSOCIATION (VTA), and
JOHN DOES AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY INSURANCE GROUP d/b/a
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Withdraw Amended Complaint [Doc. 20] and Motion to Strike Amended Complaint [Doc. 21] (Docket No. 30) is granted. Accordingly, the Amended Complaint (Docket No. 20) and the Motion to Strike Plaintiffs' Amended Complaint (Docket No. 21) are deemed withdrawn. It is thus further

      ORDERED that the Motion Hearing set on December 6, 2013, at 10:30 a.m. on the Motion to Strike Plaintiffs' Amended Complaint is VACATED.

Date: December 4, 2013