IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOE AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the Scheduling Order to Extend Pretrial Deadlines (docket no. 36) is GRANTED finding good cause shown. The Rule 16 Scheduling Order (docket no. 18) is amended as follows:

1. Plaintiffs' deadline to disclose experts is extended to January 24, 2014.

2. The deadline to serve interrogatories, requests for production, and requests for admissions is extended to February 18, 2014.

3. Defendant's deadline to disclose experts is extended to February 24, 2014.

4. Rebuttal experts disclosures is extended to March 14, 2014.

5. The deadline to complete depositions is extended to March 24, 2014.

6. The Discovery cut-off date is extended to March 24, 2014.

7. The deadline to file dispositive motions is extended to April 24, 2014.

It is FURTHER ORDERED that Defendants shall have up to and including January 3, 2014, to respond to Plaintiffs' written discovery.

Date: December 11. 2013