IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOE AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend the Scheduling Order to Allow Defendant Additional Time to Disclose Its Cost of Repair Expert (docket no. 46) is GRANTED finding good cause shown. The court finds no prejudice to Plaintiff, noting that the Final Pretrial Conference/Trial Preparation Conference is not set until June 27, 2014, and the Jury Trial is not set until July 14, 2014. Defendant shall have up to and including April 3, 2014, within which to file its cost of repair expert disclosure.

Date: March 17, 2014