IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOE AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Richard Kaudy's Unopposed Motion to Withdraw (Docket No. 59) is GRANTED. Attorney Richard Kaudy shall be permitted to withdraw as counsel for plaintiff The Villas Townhouse Association. The Clerk is directed to remove Richard Kaudy from electronic notification in this matter.

Date: March 26, 2014