# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   13-cv-01920-REB-MJW | FTR - Courtroom A-502 |
| **Date:**   April 16, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| THE VILLAS TOWNHOUSE ASSOCIATION<br>a/k/a Villas West Townhouse Association (VTA), and<br>JOHN DOES AND JANE DOE ,<br>as intended beneficiaries,<br><br>     Plaintiff(s),<br><br>v.<br><br>AMERICAN FAMILY INSURANCE GROUP<br>d/b/a  American Family Mutual Insurance Company,<br><br>     Defendant(s). | Christopher N.  Mammel<br><br><br><br><br><br><br><br><br>Elizabeth K. Potter |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC  MOTION  HEARING**
**Court in Session:**    9:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion to Amend Scheduling Order to Allow Additional Time to Conduct Depositions [Docket No. 55] for argument.

Argument by Plaintiff and Defendant is heard.

**It is ORDERED:**      Defendant's MOTION TO AMEND SCHEDULING ORDER TO ALLOW ADDITIONAL TIME TO CONDUCT DEPOSITIONS [Docket No. **55**, filed March 24, 2014] is **GRANTED** for reasons as set forth on the record.

Defendant shall have up to and including **MAY 30, 2014** to complete depositions of Plaintiff VTA, two (2) Plaintiff experts, and a 30(b)(6) deposition.   Scheduling Order [Docket No.  18, filed September 03, 2013] is amended.

**On or before   APRIL 21, 2014,** Defendant shall provide notice relating to the Plaintiff VTA 30(b)(6) deposition and provide topics.
Counsel shall meet and confer regarding any objections to the deposition topics previously noticed and shall attempt to narrow the dispute.  Any depositions  topics not resolved may be

brought before the Court by the Defendant by filing a Motion for Protective Order no later than **5:00 p.m.  APRIL 17, 2014.**
Any RESPONSE to the motion shall be filed **on or before APRIL  21, 2014.**

Hearing concluded.

**Court in recess:**      9:58 a.m.
Total In-Court Time 00: 25

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.