IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOE AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Second Motion to Compel Production of Defendant's Documents Without a Protective Order (docket no. 62) is DENIED. Defendant has shown good cause as outlined in its Response (docket no. 77) for this court to issue a Protective Order under Fed. R. Civ. P. 26(c). The written Protective Order (69-4) is APPROVED as amended in paragraph no. 4 and made an Order of Court.

Date: April 25, 2014