IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOE AND JANE DOE as intended beneficiaries,

Plaintiff(s),

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order Regarding the Deposition of Plaintiff's Expert Charles Miller (docket no. 90) is GRANTED.  The Scheduling Order (Docket No. 18) is amended to allow the deposition of Plaintiff's expert Charles Miller to take place on June 5, 2014.

It is further ORDERED that in view of the entry of a Protective Order (Docket No. 82), Defendant's American Family Mutual Insurance Company's Motion for Protective Order Regarding Confidential Documents Sought Through Discovery and Regarding Videotaped Depositions (Docket No. 69) is denied without prejudice as moot.

Date: May 20, 2014