**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOES AND JANE DOE as intended beneficiaries,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP db/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**MINUTE ORDER**[1]

The matter is before the court on the **Unopposed Motion For Leave to Supplement Defendant's Motion To Exclude Opinions of Plaintiff's Expert Ty Correy** [#97][2] filed May 29, 2014. The motion is **GRANTED**, and **Defendant's Supplement to its Motion To Exclude Opinions of Plaintiffs' Expert Ty Correy** [#97-1] is accepted for filing.

    Dated: May 30, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.