**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA), and
JOHN DOES AND JANE DOE as intended beneficiaries,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP db/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendant's **Unopposed Motion To Vacate and Reset the Trial Preparation Conference and Final Pretrial Conference** [#96][2] filed May 21, 2014.  The motion is **DENIED**.  The court's calendar does not permit the re-setting proposed by the defendant.

    However, in an effort to accommodate the needs of counsel for the defendant, the court waives the requirement that lead counsel attend the Trial Preparation Conference and Final Pretrial Conference.  That requirement is stated in paragraph seven of the **Trial Preparation Conference Order** [#19].

    Dated:  June 10, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#96]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.