**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION a/k/a VILLAS WEST TOWNHOUSE
ASSOCIATION (VTA), and
JOHN DOES AND JANE DOE as intended beneficiaries,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP d/b/a AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated June 23, 2014 at Denver, Colorado.

                                     **BY THE COURT:**

                                     */s/ Bob Blackburn*
                                     Robert E. Blackburn
                                     United States District Judge