**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. : 13-cv-01920-REB-MJW

THE VILLAS TOWNHOUSE ASSOCIATION
a/k/a VILLAS WEST TOWNHOUSE ASSOCIATION (VTA),
and John Doe and Jane Doe as intended beneficiaries,

      Plaintiffs,

v.

AMERICAN FAMILY GROUP
d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

This matter is before me on **Defendant American Family Mutual Insurance Company's Motion for Summary Judgment** [#78][1] filed April 24, 2014.  The plaintiff filed a response [#103], and the defendant filed a reply [#118].  I deny the motion.

I have jurisdiction over this case under 28 U.S.C. § 1332 (diversity).  I have reviewed the motion, the response, the reply, and the apposite arguments, authorities, and evidence presented by the parties.  It is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

**THEREFORE, IT IS ORDERED** that the **Defendant American Family Mutual Insurance Company's Motion for Summary Judgment** [#78] filed April 24, 2014, is

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**DENIED**.

Dated July 7, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge